*Alvin G. Golucke*, for defendants.

---

13966.  CORPORATION OF THE ROYAL EXCHANGE ASSURANCE

OF LONDON *v.* FRANKLIN.

STEPHENS, J.  Applying to this case (a suit upon a policy of fire-insurance) the answers of the Supreme Court to certified questions in the case (158 *Ga.* 644, 124 S. E. 172), the verdict found for the plaintiff for the value of the property destroyed, and attorney's fees, was authorized under the law and the evidence, and the court did not err in overruling the defendant's motion for a new trial upon any of the general or special grounds therein contained.

> *Judgment affirmed.  Jenkins, P. J., and Bell, J., concur.*
>
> DECIDED SEPTEMBER 19, 1924.

Action on insurance policy; from city court of Waynesboro—Judge W. H. Davis.  September 6, 1922.

*Middlebrooks & Middlebrooks, H. C. Hatcher,* for plaintiff in error.

*C. H. & R. S. Cohen, F. S. Burney,* contra.